UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAIAH MARCHE HEGGINS,

    Defendant.

Case No. CR11-407-RSL

**DETENTION ORDER**

Defendant is charged with being a Felon in possession of firearm. On February 24, 2012, the Court conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and found that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The Court received no information about defendant's ties to the community, employment, residence, health, or financial status. Defendant has a significant criminal history including serious crimes of violence. Defendant did not contest detention.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of February, 2012.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge